Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-11-00378-CR

Rogelio Herrera **GUERRERO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR11637
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed: August 3, 2011

DISMISSED FOR LACK OF JURISDICTION

Based on the clerk's record filed in this appeal, it appears that appellant is seeking to appeal the trial court's dismissal of the charges filed against him. An order dismissing charges is not an order appealable by a defendant. *See Bohannan v. State*, No. 02-11-00105-CR, 2011 WL 2119688, at *1 (Tex. App.—Fort Worth May 26, 2011, no pet.). On July 8, 2011, this court ordered appellant to show cause in writing why this appeal should not be dismissed for lack of

jurisdiction.  Appellant did not respond to the order.  Because an order dismissing charges it not an order appealable by a defendant, this appeal is dismissed for lack of jurisdiction.  *See id.*

PER CURIAM

DO NOT PUBLISH